1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@llcllp.com
3  KARA A. ABELSON, State Bar No. 279320
   kabelson@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
6  Telephone:   (510) 433-2600
   Facsimile:    (510) 433-2699
7
   Attorneys for Plaintiff
8  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FIDEL PINON, an individual,<br><br>    Defendant. | Case No.  C 12-03396 MEJ ADR<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date: October 4, 2012<br>Time: 10:00 a.m.<br>Ctrm: B- 15th Floor<br>Judge:  The Honorable Maria-Elena James, U.S. Magistrate Judge |

Plaintiff National Railroad Passenger Corporation and Defendant Fidel Pinon, through their attorneys of record, request a  telephonic appearance at the **October 4, 2012, 10:00 a.m.** Case Management Conference.

Dated:   September 27, 2012                                         LOMBARDI, LOPER & CONANT, LLP


By:____/s/ *Kara A. Abelson*_____
    KARA A. ABELSON
    Attorneys for Plaintiff
    NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK

13249-41307 KAA 615461.1                          - 1 -                          Request for Telephonic Appearance
                                                                                 C 12-03396 MEJ ADR

Dated: September 27, 2012                                POWERS & MILLER

                                                     By:  /s/ *Robert F. Bennett*
                                                         R. JAMES MILLER
                                                         ROBERT F. BENNETT
                                                         Attorneys for Defendant
                                                         FIDEL PINON

**ORDER**

The parties' request for telephonic appearance at the **October 4, 2012, 10:00 a.m.** Case Management Conference is granted.

Dated: __September 27__, 2012    _____
                                  Judge Maria-Elena James

*GRANTED — Judge Maria-Elena James* (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541