1  B. CLYDE HUTCHINSON, State Bar No. 037526
    bch@llcllp.com
2  VINCENT CASTILLO, State Bar No. 209298
    vcastillo@llcllp.com
3  KARA A. ABELSON, State Bar No. 279320
    kabelson@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
    Oakland, CA  94612-3541
6  Telephone:   (510) 433-2600
    Facsimile:    (510) 433-2699
7
    Attorneys for Plaintiff
8  NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK
9

10                           UNITED STATES DISTRICT COURT
11                          NORTHERN DISTRICT OF CALIFORNIA
12                                SAN FRANCISCO DIVISION
13

| NATIONAL RAILROAD PASSENGER CORPORATION, | Case No.  C 12-03396 MEJ ADR |
|---|---|
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
| v. | Date: October 4, 2012 |
| FIDEL PINON, an individual, | Time: 10:00 a.m. |
| | Ctrm: B- 15th Floor |
| Defendant. | Judge: The Honorable Maria-Elena James, U.S. Magistrate Judge |

20      Plaintiff National Railroad Passenger Corporation and Defendant Fidel Pinon, through

21  their attorneys of record, request a  telephonic appearance at the **October 4, 2012, 10:00 a.m.**

22  Case Management Conference.

23  Dated:   September 27, 2012                    LOMBARDI, LOPER & CONANT, LLP

25                                                By:     /s/ *Kara A. Abelson*
                                                          KARA A. ABELSON
26                                                        Attorneys for Plaintiff
                                                          NATIONAL RAILROAD PASSENGER
27                                                        CORPORATION dba AMTRAK
28

13249-41307 KAA 615461.1                - 1 -              Request for Telephonic Appearance
                                                                   C 12-03396 MEJ ADR

*Side margin:* **LOMBARDI, LOPER & CONANT, LLP** — Lake Merritt Plaza, 1999 Harrison Street, Suite 2600, Oakland, CA 94612-3541

Dated:  September 27, 2012                POWERS & MILLER

                                          By:  /s/ *Robert F. Bennett*
                                               R. JAMES MILLER
                                               ROBERT F. BENNETT
                                               Attorneys for Defendant
                                               FIDEL PINON

**ORDER**

The parties' request for telephonic appearance at the **October 4, 2012, 10:00 a.m.** Case Management Conference is granted.

Dated: __September 27__, 2012    _____
                                 Judge Maria-Elena James

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-41307 KAA 615461.1    - 2 -    Request for Telephonic Appearance
                                     C 12-03396 MEJ ADR