UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>FIDEL PINON,<br><br>　　　　　Defendant(s).<br>_____/ | No. C 12-03396 MEJ<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |

　　　　This matter is scheduled for a Case Management Conference hearing on October 4, 2012. Now before the Court is the request of Kara A. Abelson, counsel for Plaintiff, and Robert F. Bennett, counsel for Defendant, to appear telephonically. Good cause appearing, the request is **GRANTED**. However, counsels are ORDERED to contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the hearing. At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

　　　　**IT IS SO ORDERED.**

Dated: September 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge