UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIDEL PINON,<br><br>　　　　Defendant.<br>_____/ | No. C 12-3396 MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASE** |

Pending before the Court is Plaintiff National Railroad Passenger Corporation's Motion to Relate Cases, in which Plaintiffs asks the Court to relate this case to *Blanche Crider v. Pinon Trucking, et al.*, Case No. C12-3748 SI, and assign it to the undersigned as the judge who was assigned the first-filed case. Dkt. No. 23. However, as Plaintiff Blanche Crider has filed a declination to proceed before a magistrate judge in C12-3748, and both cases would therefore have to be reassigned to a district judge if related, the Court finds it prudent to have this case reassigned to a district court judge so that Plaintiff's motion can be decided by the judge who will preside over the case(s). Accordingly, the Court ORDERS the Clerk of Court to reassign this case to a district judge.

**IT IS SO ORDERED.**

Dated: January 3, 2013

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge