IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Plaintiff,<br>   v.<br><br>FIDEL PINON, an individual,<br><br>        Defendant.<br>_____/ | No. CV 12-03396 RS;<br><br>**ORDER CONSOLIDATING RELATED CASES** |
| BLANCHE CRIDER, an individual,<br><br>        Plaintiff,<br>   v.<br><br>PINON TRUCKING, THE NATIONAL RAILROAD PASSENGER CORPORATION d.b.a. AMTRAK, BNSF RAILWAY, and DOES 1-25, inclusive,<br><br>        Defendants.<br>_____/ | No. CV 12-03748 RS |

By Order dated January 10, 2013, the Court found that the above-entitled actions are

related. Each of the Actions satisfies the requirements of Fed. R. Civ. Proc. 42(a). Additionally,

1  the parties in the Actions are substantially the same.  Accordingly, for pre-trial purposes, the
2  Actions are consolidated into *In re September 30, 2011 Train Accident*, C 12-03396.  All filings
3  hereafter shall be made exclusively in Case No. C 12-03396.  The Clerk shall close the files of
4  the other case captioned above.

6        IT IS SO ORDERED.

8  DATED:   2/28/13

   _____
   RICHARD SEEBORG
   United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2