IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>FIDEL PINON, an individual<br><br>    Defendants.<br>_____/<br><br>AND RELATED CROSS-CLAIM AND COUNTER-CLAIM.<br>_____/<br><br>BLANCHE CRIDER, an individual,<br><br>    Plaintiff,<br>  v.<br><br>PINON TRUCKING, THE NATIONAL RAILROAD PASSENGER CORPORATION d.b.a. AMTRAK, BNSF RAILWAY, and DOES 1-25, inclusive,<br><br>    Defendants./<br>_____/ | No. CV 12-03396  RS;<br><br>**ORDER CONSOLIDATING RELATED CASES** |

Case Management Scheduling Order

| | |
|---|---|
| KAHRLUHS VAUGHN, | CV 13-01670 RS; |
| Plaintiff, | |
| v. | |
| THE STATE OF CALIFORNIA, a government entity; STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION a/k/a CALTRANS, a government entity; NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, a corporation; DOE TRAIN OPERATOR, an individual; BNSF, a corporation; PINON TRUCKING, a corporation; FIDEL PINON, an Individual; and DOES 1 through 100, Inclusive, | |
| Defendants. | |
| AND RELATED CROSS-CLAIM AND COUNTER-CLAIM. | |
| MICHAEL DANG, an individual, | CV 13-02182 RS; |
| Plaintiff, | |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, T/D/B/A/ AMTRAK, PINON TRUCKING, BNSF RAILWAY COMPANY, and DOES 1-30, | |
| Defendants. | |
| STEPHEN LOPES, | CV 13-03581 RS |
| Plaintiff, | |

CASE MANAGEMENT SCHEDULING ORDER

2

1  v.

2  FIDEL PINON dba PINON TRUCKING;
   NATIONAL RAILROAD PASSENGER
3  CORPORATION dba AMTRAK; BNSF
   RAILWAY COMPANY and DOES 1-25,
4

5
              Defendants.
6  _____

7  AND RELATED CROSS-CLAIM AND
   COUNTER-CLAIM
8
   _____
9

10     All parties seek consolidation with the exception of plaintiff Blanche Crider in Case No.

11 C 12-03396. Each of the Actions satisfies the requirements of Fed. R. Civ. Proc. 42(a).

12 Additionally, the parties in the Actions are substantially the same. Upon consideration of the

13 request, the motion to consolidate will be granted. By Order dated November 13, 2012, the

14 Court found that the above-entitled actions are related. Accordingly, the Actions are

15 consolidated into *In re September 30, 2011 Train Accident*, C 12-03396. All filings hereafter

16 shall be made exclusively in Case No. C 12-03396. The Clerk shall close the files of the other

17 case captioned above.

18
19     IT IS SO ORDERED.

20
21 DATED: 10/10/2013

22                                    _____
                                      RICHARD SEEBORG
23                                    United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3