UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BAILEY,

    Plaintiff,

v.

FIDEL PINON, et al.,

    Defendants.

Case No. 13-cv-04509-MEJ

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *In re September 30, 2011 Train Accident*, Case No. C 12-03396 RS.

    **IT IS SO ORDERED.**

Dated: December 30, 2013

                               MARIA-ELENA JAMES
                               United States Magistrate Judge