**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANEKA BAILEY and DESHAWN RABON,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CO., and others,<br><br>Defendants. | Case No. 14-cv-01747 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *In re September 30, 2011 Train Accident*, No. 12-cv-03396 RS.

IT IS SO ORDERED.

Date: April 18, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge