B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Plaintiffs and Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) and BNSF
RAILWAY COMPANY

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEPTEMBER 30, 2011 TRAIN ACCIDENT | Case No. C 12-03396-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY DEADLINES** |

## STIPULATION

National Railroad Passenger Corporation ("Amtrak"), BNSF Railway Company, Fidel Mendoza Pinon, and Pinon Trucking, by and through their attorneys of record, hereby stipulate to extend the deadlines set by the Court in its Scheduling Order dated May 29, 2014.  This stipulation shall not affect the pre-trial conference and trial dates.

Good cause exists for the requested extensions because the parties have scheduled a global mediation for September 16-17, 2014.  The parties are hopeful that the related cases arising from the September 30, 2011 accident can be resolved through settlement at the mediation.  However, in the event that a settlement is not reached, the parties request additional time after mediation to engage in additional non-expert discovery.  The parties would be prejudiced by the current

discovery deadlines because the parties would be forced to complete discovery and begin expert discovery prior to the mediation, which would force the parties to waste time and resources on discovery that may not be necessary.  Further, additional issues may come to light at the mediation and therefore, the parties would be prejudiced if they were unable to investigate those issues further.

Based on the foregoing, the parties stipulate to the following continuances:

1. The deadline to complete non-expert shall be extended from September 12, 2014 to **November 7, 2014.**

2. The deadline to designate experts in accordance with Rule 26(a)(2) shall be extended from October 10, 2014 to **November 7, 2014.**

3. The deadline to designate supplemental and rebuttal experts in accordance with Rule 26(a)(2) shall be extended from October 31, 2014 to **November 24, 2014.**

4. The deadline to complete all expert discovery, including depositions of expert witnesses, shall be extended from November 21, 2014 to **January 9, 2014.**

Dated:   June 25, 2014                          LOMBARDI, LOPER & CONANT, LLP

                                                By:   /s/ *Kara A. Abelson*
                                                      KARA A. ABELSON
                                                      Attorneys for Plaintiff/Defendants
                                                      NATIONAL RAILROAD PASSENGER
                                                      CORPORATION dba AMTRAK and BNSF
                                                      RAILWAY COMPANY

Dated:   June 25, 2014                          POWERS & MILLER

                                                By:   /s/ *Robert F. Bennett*
                                                      R. JAMES MILLER
                                                      ROBERT F. BENNETT
                                                      ATTORNEYS FOR DEFENDANT
                                                      FIDEL PINON

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-41307 KAA 656594.1                - 2 -
                                         Case No.  C 12-03396-RS
**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

# **ORDER**

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court.

IT IS SO ORDERED.

DATED: 6/25/14

_____
Honorable Richard Seeborg
United States District Judge

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-41307 KAA 656594.1

- 3 -

Case No. C 12-03396-RS

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**