1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@llcllp.com
3  KARA A. ABELSON, State Bar No. 279320
   kabelson@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
6  Telephone:     (510) 433-2600
   Facsimile:     (510) 433-2699
7
   Attorneys for Plaintiffs and Defendants
8  NATIONAL RAILROAD PASSENGER
   CORPORATION (AMTRAK) and BNSF
9  RAILWAY COMPANY

10              UNITED STATES DISTRICT COURT

11             NORTHER DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  IN RE SEPTEMBER 30, 2011 TRAIN          Case No. C 12-03396-RS
15  ACCIDENT                                **STIPULATION AND [~~PROPOSED~~] ORDER
                                            TO EXTEND DISCOVERY DEADLINES**
16

17

18                        **STIPULATION**

19      The parties in this case, by and through their attorneys of record, hereby stipulate to

20  extend the discovery deadlines set by the Court in its Scheduling Order dated October 9, 2014.

21  This stipulation shall not affect the pre-trial conference and trial dates.

22      As reported in the October 2, 2014 Joint Case Management Statement, defendants reached

23  contingent settlement agreements with 17 of the 20 claimants.  Defendants have not yet reached

24  settlement agreements with 3 claimants and the parties are now engaged in further discovery.

25      Good cause exists for the requested extensions because counsel for National Railroad

26  Passenger Corporation ("Amtrak") and BNSF Railway Company ("BNSF") have been in trial in

27  an unrelated matter since November 3, 2014 and are expected to be in trial until mid-December.

28  13249-41307 LSM 660875.1                    - 1 -
                                            Case No.  C 12-03396-RS

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

Plaintiff Michael Bailey has propounded discovery to National Railroad Passenger Corporation and BNSF Railway Company and has noticed the depositions of persons most qualified from BNSF Railway Company.  Given Amtrak and BNSF's current trial schedule, this discovery cannot be completed before the current December 11, 2014 non-expert discovery cut-off deadline.

Based on the foregoing, the parties stipulate to the following discovery continuances:

1.     The deadline to complete non-expert shall be extended from December11, 2014 to **January 12, 2015.**

2.     The deadline to designate experts in accordance with Rule 26(a)(2) shall be extended from January 8, 2015 to **February 9, 2015.**

3.     The deadline to designate supplemental and rebuttal experts in accordance with Rule 26(a)(2) shall be extended from February 19, 2015 to **March 19, 2015.**

4.     The deadline to complete all expert discovery, including depositions of expert witnesses, shall be extended from March 12, 2015 to **April 13, 2015.**

The following deadlines will not be affected and will remain unchanged:

1.     Further Case Management Conference shall be held on **February 5, 2015 at 11:00 a.m.** per Dkt 69.  The parties shall file a Joint Case Management Statement at least one prior to the Conference.

2.     All pretrial motions shall be heard no later than **April 9, 2015.**

3.     The final pretrial conference will be held on **May 7, 2015 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, per Dkt 69.

4.     A jury trial shall commence on **June 8, 2015 at 9:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, per Dkt 69.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-41307 LSM 660875.1

- 2 -

Case No.  C 12-03396-RS

1

2   Dated:   November 24, 2014                LOMBARDI, LOPER & CONANT, LLP

3

4                                            By: _____/s/ Kara A. Abelson_____
5                                                    KARA A. ABELSON
                                             Attorneys for Plaintiff/Defendants
6                                            NATIONAL RAILROAD PASSENGER
                                             CORPORATION dba AMTRAK and BNSF
7                                                RAILWAY COMPANY

8   Dated:   November 24, 2014                    POWERS & MILLER

9

10                                           By: _____/s/ Robert F. Bennett_____
11                                                    R. JAMES MILLER
                                                 ROBERT F. BENNETT
12                                             Attorneys for Defendants
                                                    FIDEL PINON
13

14  Dated:   November 24, 2014                 DEMAS LAW GROUP, P.C.

15

16                                           By: _____/s/ John N. Demas_____
17                                                    JOHN N. DEMAS
                                               Attorneys for Plaintiff
18                                                 MICHAEL BAILEY

19

20

21

22

23

24

25

26

27

28  13249-41307 LSM 660875.1              - 3 -
                                                          Case No.  C 12-03396-RS
    STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

## ORDER

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court.


IT IS SO ORDERED.

DATED: 11/25/14

Honorable Richard Seeborg
United States District Judge

Case No.  C 12-03396-RS

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES