1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7  NATIONAL RAILROAD PASSENGER              Case No.   12-cv-03396-RS
   CORPORATION, et al.,

8                   Plaintiffs,             Related Matters:
                                            C 13-05677-RS; C 13-04509-RS;
9        v.                                 C 14-01747-RS; C 14-00329-RS;
                                            C 14-02106 RS
10 FIDEL PINON, et al.,

11                  Defendants.             **CASE MANAGEMENT SCHEDULING
                                            ORDER**

12

13       Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

14 Management Conference on February 5, 2015.  After considering the Joint Case Management

15 Statement submitted by the parties and consulting with the attorneys of record for the parties and

16 good cause appearing, IT IS HEREBY ORDERED THAT:

17       1.      FURTHER CASE MANAGEMENT CONFERENCE.

18       A Further Case Management Conference shall be held on **June 16, 2015 at 11:00 a.m.**  All

19 parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least

20 one week prior to the Conference to arrange their participation.  The parties shall file a Joint Case

21 Management Statement at least one week prior to the Conference.

22       2.      PRETRIAL MOTIONS.

23       The pretrial motion hearing deadline, previously set for April 9, 2015, is hereby continued.

24 All pretrial motions shall be heard no later than November 5, 2015.

25       3.      PRETRIAL CONFERENCE.

26       The final pretrial conference, previously set for May 7, 2015, is hereby continued.  The

27 final pretrial conference will be held on **January 14, 2016 at 10:00 a.m.**, in Courtroom 3, 17th

28 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party

United States District Court
Northern District of California

1  or lead counsel who will try the case shall attend personally.

2        4.     TRIAL DATE.

3        The trial date, previously set for June 8, 2015, is hereby continued.  A jury trial shall

4  commence on **January 25, 2016 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States

5  Courthouse, 450 Golden Gate Avenue, San Francisco, California.

6        **IT IS SO ORDERED**.

7

8  Dated: February 5, 2015

9  _____

10  RICHARD SEEBORG
   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 12-cv-03396-RS