B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Plaintiffs and Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) and BNSF
RAILWAY COMPANY

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEPTEMBER 30, 2011 TRAIN ACCIDENT | Case No. C 12-03396-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY DEADLINES |

## STIPULATION

The parties in this case, by and through their attorneys of record, hereby stipulate to extend the discovery deadlines set by the Order Granting the Parties Stipulation to Extend Discovery Deadlines dated November 25, 2014. This stipulation shall not affect the pre-trial conference and trial dates that were set by the Court in its Case Management Order dated February 5, 2015, in which the Court continued the trial from June 8, 2015 to January 25, 2016. However, because a the discovery deadlines were not addressed in the February 5, 2015 Case Management Order, the parties request that the discovery deadlines also be continued to allow defendants additional time to attempt to resolve the outstanding claim and for all parties to engage in discovery if the additional claim cannot be resolved by settlement.

As reported at the February 5, 2015 Case Management Conference, defendants reached

13249-41307 LSM 660875.1

- 1 -

Case No. C 12-03396-RS

1 contingent settlement agreements with all but one claimant, Michael Bailey. Although the parties
2 have been diligently attempting to resolve the outstanding claim, defendants require additional
3 time to complete non-expert and expert discovery with Mr. Bailey and resume settlement
4 negotiations. Defendants are hopeful that they can resolve Mr. Bailey's claim by settlement,
5 which would allow the other pending settlement agreements with the remaining claimants to
6 become finalized. However, in the event that defendants are unable to resolve Mr. Bailey's claim
7 by settlement, all of the parties to this action will require additional time to engage in both non-
8 expert and expert discovery and prepare for trial.

9 Good cause exists for the requested extensions because the trial date was recently
10 continued to January 25, 2016 to allow additional time for the parties to attempt to resolve Mr.
11 Bailey's claim, yet the discovery deadlines were not continued. Accordingly, the parties request
12 that the discovery deadlines be extended to align with the new trial date and to allow the parties
13 additional time to attempt to resolve Mr. Bailey's claim before engaging in discovery with all
14 plaintiffs.

15 The current discovery deadlines prejudices the parties who have settled because it would
16 force the parties to engage in discovery despite the fact that the parties have reached contingent
17 settlement agreements and are hopeful that these settlements will soon be finalized. Absent the
18 requested relief, the parties will be forced to expend time and resources on a case that could easily
19 be resolve in a matter of months.

20 Additionally, the current discovery deadlines prejudices defendants and Mr. Bailey
21 because they do not provide sufficient time to conduct outstanding non-expert and expert
22 discovery while simultaneously attempting to resolve this matter by settlement.

23 Based on the foregoing, the parties stipulate to the following discovery continuances:
24     1. The deadline to complete non-expert shall be extended from January 12, 2015 to
25 **October 8, 2015.**
26     2. The deadline to designate experts in accordance with Rule 26(a)(2) shall be
27 extended from February 9, 2015 to **October 27, 2015.**
28     3. The deadline to designate supplemental and rebuttal experts in accordance with

13249-41307 LSM 660875.1      - 2 -
Case No. C 12-03396-RS
STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
13249-41307 KAA 663568.1

Rule 26(a)(2) shall be extended from March 19, 2015 to **November 20, 2015.**

4. The deadline to complete all expert discovery, including depositions of expert witnesses, shall be extended from April 13, 2015 to **December 21, 2015.**

5. The deadline to hear all pretrial motions shall be extended from April 9, 2015 to **December 18, 2015.**

| Dated: March 12, 2015 | LOMBARDI, LOPER & CONANT, LLP<br><br>By: /s/ Kara A. Abelson<br>KARA A. ABELSON<br>Attorneys for Plaintiff/Defendants<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION dba AMTRAK and BNSF<br>RAILWAY COMPANY |
|---|---|
| Dated: March 12, 2015 | POWERS & MILLER<br><br>By: /s/ Robert F. Bennett<br>R. JAMES MILLER<br>ROBERT F. BENNETT<br>Attorneys for Defendants<br>FIDEL PINON |
| Dated: March 12, 2015 | DEMAS LAW GROUP, P.C.<br><br>By: /s/ Brad Schultz<br>BRAD SCHULTZ<br>Attorneys for Plaintiff<br>MICHAEL BAILEY |

## ORDER

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court.

IT IS SO ORDERED.

DATED: 3/13/15

_____
Honorable Richard Seeborg
United States District Judge

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-41307 LSM 660875.1

- 4 -

Case No. C 12-03396-RS
STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
13249-41307 KAA 663568.1