IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEPTEMBER 30, 2011 TRAIN ACCIDENT, _____ / | No. C 12-03396 RS, C 13-04509 RS, C 13-05677 RS, C 14-00329 RS, C 14-01747 RS, C 14-02106 RS **STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 6, 2015**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 9, 2015, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: May 15, 2015

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California