R. James Miller, SBN 170312
rjm@powersmiller.com
Robert F. Bennett, Jr., SBN 264561
rfb@powersmiller.com
**POWERS & MILLER**
A Professional Corporation
2180 Harvard Street, Suite 200
Sacramento, California 95815
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for FIDEL PINON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL PINON, an individual,<br><br>Defendants. | Case No. C 12-03396 RS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff STEPHEN LOPES and Defendants NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, and FIDEL PINON, by and through their designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own costs.

///

///

///

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 3:13-CV-05677 RS

DATED: June  , 2015

By  /s/Mark Mandel
MARK MANDEL
Attorneys for Plaintiff
STEPHEN LOPES

DATED: June  , 2015

LOMBARDI, LOPER & CONANT, LLP

By:  /s/ Kara A. Abelson
B. CLYDE HUTCHINSON
KARA A. ABELSON
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY

DATED: June  , 2015

POWERS & MILLER

By:  /s/ Robert F. Bennett, Jr.
ROBERT F. BENNETT, JR.
Attorneys for Defendant
FIDEL PINON

IT IS SO ORDERED.

Dated:  6/23 , 2015

[signature]

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

- 2 -   STIPULATION AND ORDER OF DISMISSAL
CASE NO. 1:13-CV-00522-LJO-MJS