| | |
|---|---|
| 1 | R. James Miller, SBN 170312 |
| 2 | rjm@powersmiller.com<br>Robert F. Bennett, Jr., SBN 264561 |
| 3 | rfb@powersmiller.com |
| | **POWERS & MILLER** |
| 4 | A Professional Corporation<br>2180 Harvard Street, Suite 200 |
| 5 | Sacramento, California 95815 |
| 6 | Telephone No. (916) 924-7900<br>Telecopier No. (916) 924-7980 |
| 7 | |
| | Attorneys for FIDEL PINON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | Case No. 3:13-cv-05677 RS |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| FIDEL PINON, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Janeka Bailey and DeShawn Rabon and Defendants NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, and FIDEL PINON, by and through their designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party to bear their own costs.

///

///

///

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 3:13-CV-05677 RS

DATED: December 1, 2015

By /s/John Maples
JOHN MAPLES
Attorneys for Plaintiffs
JANEKA BAILEY and DeSHAWN RABON

DATED: December 1, 2015

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Kara A. Abelson
B. CLYDE HUTCHINSON
KARA A. ABELSON
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY

DATED: December 1, 2015

POWERS & MILLER

By: /s/ Robert F. Bennett, Jr.
ROBERT F. BENNETT, JR.
Attorneys for Defendant
FIDEL PINON

IT IS SO ORDERED.

Dated: 12/7, 2015

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE